## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTBLINDS LLC,<br><br>Defendant. | Case No. 19 Civ. 08507 (DAB)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and upon all prior proceedings, pleadings, and filings in this Action, Defendant SelectBlinds LLC ("SelectBlinds"), moves this Court before the Honorable Deborah A. Batts at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 24B, New York, New York 10007, for an Order dismissing Plaintiff's Complaint, with prejudice in its entirety, and for such other relief as the Court may deem just and proper.

In support of its motion, SelectBlinds relies upon its accompanying Memorandum of Law in Support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dated January 13, 2020 and the Affidavit of Michael A. Keough with accompanying exhibits.

Dated: January 13, 2020
      San Francisco, California

Respectfully submitted,

By: /s/ *Michael A. Keough*
    Michael A. Keough
    STEPTOE & JOHNSON LLP
    One Market Plaza
    Spear Tower, Suite 3900
    San Francisco, CA  94105
    Tel: (415) 365-6700
    Fax: (415) 365-6699
    E-mail: mkeough@steptoe.com

*Counsel for Defendant SelectBlinds LLC*