

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 27, 2020

**VIA ECF**
Honorable Judge Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Diaz v. Selectblinds LLC; Case No: 1:19-cv-08507-DAB

To the Honorable Judge Batts,

The undersigned represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

Defendant filed its Motion to Dismiss Plaintiff's Complaint on January 13, 2020. The parties have conferred, and Plaintiff is now requesting, on consent, that he have until February 3, 2020 to file an Opposition, and that Defendant's Reply be due by February 17, 2020. This is Plaintiff's first request for such an extension.

GRANTED
/s/DAB
1/29/2020

Thank you for the time and consideration of above request.

Respectfully submitted,

/s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

*Cc*: All Counsel of Record (via ECF)

SO ORDERED

_____
Deborah A. Batts
United States District Judge

January 29, 2020